UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| NATHAN WENBERG, | No. 1:13-CV-1951 NJV |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| DEVEAR, et al., | |
| Defendants. _____/ | |

I, the undersigned, hereby certify that on July 9, 2013, I SERVED a true and correct copy of docket nos. 7 and 8, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Nathan Wenberg
T-94174
Salinas Valley State Prison
Facility "A" Bldg 2/138
P.O. Box 1050
Soledad, CA 93960

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas