IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATHAN WENBERG,**<br><br>Plaintiff,<br><br>v.<br><br>**DEVEAR, et al.,,**<br><br>Defendants. | Case No. C 13-1951 SBA (PR)<br><br>**ORDER GRANTING DEFENDANTS' SECOND MOTION TO CHANGE TIME** |

Defendants J. Krossa and L. Gamboa (Defendants) moved this Court for a second sixty-day extension of time to file a dispositive motion, up to and including Monday, June 23, 2014. After full consideration, and good cause appearing, Defendants' motion is GRANTED.

Plaintiff's opposition to the dispositive motion shall be filed with the Court and served upon Defendants no later than thirty days from the date Defendants file and serve their dispositive motion. If Defendants wish to file a reply brief, they shall do so no later than fifteen days after the date that Plaintiff files and serves an opposition to the dispositive motion. Absent further order, the motion will be deemed submitted on the date the reply is filed, without a hearing.

IT IS SO ORDERED.

Dated: _____4/15/2014_____        _/s/ Sandra B. Armstrong_
                                      The Honorable Saundra B. Armstrong
                                      United States District Judge

G:\PRO-SE\SBA\CR.13\Wenberg1951.2NDgrantEOT.doc