IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATHAN WENBERG,

    Plaintiff,

v.

CORRECTIONAL OFFICER DEVEAR, et al.,

    Defendants.

No. C 13-01951 SBA (PR)

**ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO PROVIDE REQUIRED INFORMATION NECESSARY TO LOCATE DEFENDANTS DEVEAR AND CASUSFLA**

    Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. Thereafter, the Court issued its Order of Service.

    Service has been ineffective on Defendants SVSP Correctional Officer Devear and Registered Nurse Ronald Casusfla. On May 7, 2014, Plaintiff was directed to provide the Court with the required information necessary to locate each of these Defendants. Dkt. 36. He was also informed that the failure to do so shall result in the dismissal of all claims against these Defendants.

    Plaintiff has filed a request for an extension of time to provide the Court with the required information necessary to locate these Defendants. Dkt. 37. Having read and considered Plaintiff's request, and good cause appearing,

    IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. The time in which Plaintiff may provide the Court with the required information necessary to locate these Defendants will be extended up to and including **July 11, 2014.** Failure to do so by the new deadline shall result in the dismissal of all claims against these Defendants.

    This Order terminates Docket No. 37.

    IT IS SO ORDERED.

DATED: _____6/24/2014_____      _____SAUNDRA BROWN ARMSTRONG_____
United States District Judge