UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| NATHAN WENBERG,<br><br>        Plaintiff,<br><br>  v.<br><br>P. DELVILLAR,<br><br>        Defendants. | Case No. 13-cv-01951-SBA (NJV)<br><br>**ORDER SETTING STATUS CONFERENCE** |

This matter is HEREBY SET for a telephonic status conference on December 8, 2015, at 2:00 p.m. The parties shall be prepared to discuss the matters raised in the motion to enforce settlement filed by the remaining Defendant. The parties shall attend the status conference by dialing 888-684-8852 and entering access code 1868782.

**IT IS SO ORDERED**.

Dated: November 30, 2015

_____

NANDOR J. VADAS
United States Magistrate Judge